# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

Debtor: Duane C Westbrook  SSN: XXX-XX-4882  CASE NO. _____
Joint Debtor: _____  SSN: XXX-XX-_____  Median Income: ☐ Above ☐ Below
Address: 354 Rosehart Avenue
Pass Christian, MS 39571

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

### PAYMENT AND LENGTH OF PLAN

The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $__580.00__ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
DFAS
Room 1907, 1240 #. 9th St (CP1)
Cleveland, OH 44199

(B) Joint Debtor shall pay $_____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

### PRIORITY CREDITORS.

Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:       $__6,324.98__   at $__105.42__/month
Mississippi Dept. of Revenue:   $_____    at $_____/month
Other/_____:              $_____    at $_____/month

### DOMESTIC SUPPORT OBLIGATION. DUE TO:
Amelia Westbrook
18144 Manning Drive
Prairieville, TN 70769

POST PETITION OBLIGATION: In the amount of $__450.00__ per month beginning __4/1/2015__.
To be paid ☑ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the total amount of $__0.00__ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

### HOME MORTGAGES.
All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to __none__   Beginning _____ @ $_____ ☐Plan ☐Direct
Mtg pmts to _____ Beginning _____ @ $_____ ☐Plan ☐Direct
Mtg pmts to _____ Beginning _____ @ $_____ ☐Plan ☐Direct

Mtg arrears to __none__   Through _____ $_____ @ $_____/mo
Mtg arrears to _____ Through _____ $_____ @ $_____/mo
Mtg arrears to _____ Through _____ $_____ @ $_____/mo

Debtor's Initials _DW_   Joint Debtor's Initials _____   Chapter 13 Plan, Page 1 of __4__

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| First State Bank | 189 Sport Nitro Boat | | $4,523.00 | $10,000.00 | 5% | $4523.00 +5% @ $85.56 mth |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| Capital One Auto Finance | 2011 Chevy Cobalt | $11,812.00 | Rel int. to cosigner |
| Consumer Portfolio | 2009 Cadillac | $20,292.00 | Rel int. to cosigner |
| Commerce Bank | unsec debt | $4,105.16 | to be pd zero sol exp |
| HSBC | unsec debt | $5279.40 | to be pd zero sol exp |
| mcydsnb | unsec debt | $1,891.00 | to be pd zero sol exp |
| United Consumer | Unsec debt | $635.00 | to be pd zero sol exp |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| | | | |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
_____
_____
_____

**GENERAL UNSECURED CLAIMS** total approximately $ 17,183.00_____. Such claims must be *timely filed* and not disallowed to receive payment as follows: __XX__ IN FULL (100%), __100__ %(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials _DW_   Joint Debtor's Initials _____   Chapter 13 Plan, Page 2 of _4_

Total attorney fee charged:       $       3,200.00
Attorney fee previously paid:     $         690.00
Attorney fee to be paid in plan:  $       2,510.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| Automobile Insurance Co/Agent | Attorney for Debtor (Name/Address/Phone/Email) |
|---|---|
| | James Clayton Gardner, Sr. |
| | 3012 Canty Street |
| | Pascagoula, MS 39567 |
| Telephone/Fax:_____ | Telephone No. 228-762-6555 |
| | Facsimile No. 228-762-6589 |
| | Email address debbie@gardnerlawfirmpc.com |

DATED: 3-27-15       DEBTOR'S SIGNATURE       *(signed)*

JOINT DEBTOR'S SIGNATURE

ATTORNEY'S SIGNATURE       *(signed)*

Chapter 13 Plan, Page 3 of 4

Effective: October 1, 2011

### ADDITIONAL SECURED CLAIMS.

| CREDITOR'S NAME | COLLATERAL | 910 CLAIM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| | | | | | | |

### ADDITIONAL SPECIAL CLAIMANTS.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| JCPenny/syncb | unsec | $963.01 | to be pd zero sol exp |
| Merrick Bank | unsec debt | $916.00 | to be pd zero sol exp |
| Mid Continent Credit | unsec debt | $391.00 | to be pd zero sol exp |
| Ashro | unsec debt | $236.00 | to be pd zero sol exp |
| Capital One | unsec debt | $3148.00 | to be pd zero sol exp |
| Fingerhut | unsec debt | $438.00 | to be pd zero sol exp |
| Goodyear/cbna | unsec debt | $1215.00 | to be pd zero sol exp |

### ADDITIONAL SPECIAL PROVISIONS.

### ADDITIONAL DOMESTIC SUPPORT OBLIGATION DUE TO:

POST PETITION OBLIGATION: In the amount of $_____ per month beginning _____.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

### ADDITIONAL SPECIAL CLAIMANTS.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| Midnight Velvet | unsec. debt | $228.00 | to be pd zero sol exp |
| Montgomery Ward | unsec. debt | $285.00 | to be pd zero sol exp |
| THD/CBNA | unsec. debt | $5087.00 | to be pd zero sol exp |
| Zale's | unsec. debt | $2446.00 | to be pd zero sol exp |

Debtor's Initials _(signed)_    Joint Debtor's Initials _____    Chapter 13 Plan, Page 4 of **4**